CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 27 2012

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON JEROD SMITH, ) | Civil Action No. 7:12cv00522 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MR. GREGORY SAATHOFF & ) | |
| MS. R. KARASKAVIEZ, ) | |
| ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A and this case is **STRICKEN** from the court's active docket. The clerk is **DIRECTED** to send Mr. Smith a copy of this opinion and order.

**ENTER**: November 27, 2012.

UNITED STATES DISTRICT JUDGE